UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-5415 PA (AGRx) | Date | November 2, 2023 |
|---|---|---|---|
| Title | Nnenna Iheaka, et al. v. United States of America, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|

**Proceedings:**     **In Chambers --- Court Order**

On October 19, 2023, the Court extended the deadline for plaintiffs to properly serve the defendant United States Postal Service ("Defendant") to October 30, 2023, and ordered plaintiffs by that date, to "file with the Court proofs of service establishing that they have served defendant as required by Rule 4(i) in such a manner that the Court can calculate the date on which defendant's response to the Summons and Complaint must be filed." The Court warned plaintiffs that the failure to validly and timely complete service on defendant and to file the required proofs of service by October 30, 2023, may, without further warning, result in the dismissal of this action for failure to comply with Rule 4(m). Despite the expiration of the Court's October 30, 2023 deadline, plaintiffs have not filed the required proofs of service or otherwise responded to the Court's October 30, 2023 Minute Order. The Court therefore orders plaintiffs to show cause in writing why this action should not be dismissed for failure to properly and timely serve Defendant and, alternatively, for failure to comply with the Court's October 19, 2023 Minute Order. Plaintiffs' response to this Order to Show Cause shall be filed by no later than November 13, 2023. Failure to timely and adequately respond to this Order to Show Cause will result in the dismissal of this action.

IT IS SO ORDERED.

| | : | |
|---|---|---|
| | Initials of Preparer | KSS |