JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NNENNA IHEAKA and N.I, a minor,<br><br>           Plaintiffs,<br><br>       v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>          Defendants. | CV 23-5415 PA (AGRx)<br><br>JUDGMENT |

Pursuant to the Court's December 6, 2023 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: December 6, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE